IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PAUL DUPLESSI SMITH,**

    Plaintiff,

v.                                                 Civil Action No. **3:23CV188 (RCY)**

**UNKNOWN,**

    Defendant.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter "constitut[ing] his request under the Freedom of Information Act and the Privacy Act of 1774 for information you may have about the Virginia Bill of Rights" and he asks "to obtain a revised copy of the Virginia Bill of Rights." (ECF No. 1, at 1 (capitalization corrected).) By Memorandum Order entered on March 29, 2023, the Court explained that, to the extent that Plaintiff sought legal advice, the Court may not provide advice to litigants. The Court instructed Plaintiff that he should direct his request to obtain legal materials to the law library at his institution.

Although it did not appear that Plaintiff wished to bring a legal action, the Court provided him with a form to file a complaint pursuant to 42 U.S.C. § 1983. The Court noted that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof, and if he failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                /s/
                                                      Roderick C. Young
                                                      United States District Judge

Date: May 8, 2023
Richmond, Virginia